UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VALERIE SWANN, SHERYL ALLEN, | ) | |
| BRENDA JEAN BARTLEY, | ) | |
| MARGARITA BECERRA, JOYCE | ) | |
| BENHAM, MARILYN BENTLEY, | ) | |
| SHELIA PERRO BOOKER, SUZANNE | ) | |
| BRADIGAN, CLAUDINE BRUNSON, | ) | |
| CAROLYN BURRUS, LISA MARIE | ) | |
| BUTLER, MARGIE CARSON, MILLICENT | ) | |
| CARTER, CYNTHIA COLLINS, PATRICIA | ) | |
| CRAIG, NORA DANIELS, EVELYN | ) | |
| DAVIS, MARTHA DECKER, EVELYN | ) | |
| DURRACHTER, MICHELLE ELISE | ) | |
| ELLIS, CARMEN GREEN-NEWMAN, | ) | |
| BETTY GULLARD, MICHELE LEA | ) | |
| HARDY, KIMBERLEY JACKSON, | ) | |
| ROSEMARIE LAFONTAINE, DONNA | ) | |
| FAYE LANE, TOWAN LEONARD, | ) | |
| BEVERLY LINGO, VERTENIA LINICOMN, | ) | |
| GLENDA LONG, DIMITY LOWELL, | ) | No. 4:14-CV-1546 CAS |
| SANDRA MATTHEWS, BRIDGETT | ) | |
| LATRICE MAXWELL, REBECCA MEEKS, | ) | |
| YVETTE MOSLEY, JESSICA NOLFI, | ) | |
| PATRICIA NUNLEY, ILAN OTTAVIAN, | ) | |
| MARY ELAINE PAYNE, MICHELLE | ) | |
| PAYNE, BURNETTAROGERS, STEVEN | ) | |
| SALPETER, as Administrator of the Estate | ) | |
| of SUSAN WIDEN-SALPETER, deceased, | ) | |
| SUSAN SCHNELLE, SHARON SHELTON, | ) | |
| MARTHA SHOEMAKER, SARAH | ) | |
| SIMPSON, LOIS SLEMP, CHRYSTAL | ) | |
| SUPPLE, LENORA TOWNSEN, BRENDA | ) | |
| JOYCE WARREN, LAVERNE WILLIAMS, | ) | |
| FLOYE ZIMMERMAN, WILLIE MAE | ) | |
| ENGLISH, DENNIS ZIERENBERG, | ) | |
| SYLVIA WHITE, NICKYBATTAGLIA SR., | ) | |
| Individually, and as Representative of the | ) | |
| Estate of LOIS BATTAGLIA, ERON | ) | |
| EVANS, FRANCES LANGE, | ) | |
| DEBORAH L. SMITH, PATRICK | ) | |
| MAHARG, as Representative of the Estate | ) | |
| of DENISE MAHARG, deceased, | ) | |
| SAMANTHA WELLS, and WALTER | ) | |
| CUNNINGHAM, as Administrator of the | ) | |

| | |
|---|---|
| Estate of MILDRED CUNNINGHAM, deceased, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER COMPANIES, INC., IMERYS TALC AMERICA, INC., and PERSONAL CARE PRODUCTS COUNCIL, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF REMAND

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to remand this case to the Twenty-Second Judicial Circuit Court, St. Louis City, Missouri, from which it was removed.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   3rd    day of December, 2014.

2